No. A–1.  BECTON v. UNITED STATES.  Application for bail pending appeal, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–215.  WINSLOW ET UX. v. FOOTE, JUDGE.  Sup. Ct. Colo.  Application for stay and order to show cause, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–316.  BARCELO, GOVERNOR OF PUERTO RICO v. HERNANDEZ AGOSTO, PRESIDENT OF PUERTO RICO SENATE. Application to stay issuance of the writ of mandamus granted by the United States Court of Appeals for the First Circuit, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–342.  KNIGHTON v. BLACKBURN, WARDEN.  Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg v. Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.

No. 9, Orig.  UNITED STATES v. LOUISIANA ET AL.  Motion of Alabama for divided argument granted.  JUSTICE MARSHALL took no part in the consideration or decision of this motion.  [For earlier order herein, see, *e. g., ante*, p. 808.]

No. D–446.  IN RE DISBARMENT OF WINNER.  David Lee Winner, of Wooster, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on September 18, 1984 [468 U. S. 1248], is hereby discharged.

No. 82–1260.  COPPERWELD CORP. ET AL. v. INDEPENDENCE TUBE CORP., 467 U. S. 752.  Motion of respondent for Court to enter order providing for nonretroactive application of judgment and other relief denied.  JUSTICE WHITE took no part in the consideration or decision of this motion.